Receipt # 064344

ORIGINAL

FILED
JAN 27 2006
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

No. 06-74 T

METALDYNE CORPORATION
for its own account and as successor in interest to
METALDYNE MACHINING & ASSEMBLY COMPANY, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

COMPLAINT

Metaldyne Corporation (EIN 38-2513957)(formerly known as MascoTech, Inc.), plaintiff, for its own account and as successor in interest to Metaldyne Machining & Assembly Company, Inc. (EIN 38-1225111), brings this Complaint against the United States of America, defendant, and alleges as follows:

1. This is an action under the internal revenue laws of the United States for the payment of additional allowable interest (payable under Sections 6611 and 6621(d) of the Internal Revenue Code of 1986, as amended (the "Code")) with respect to overpayments of income tax for the 1987 and 1988 calendar Tax Years ("1987" and "1988") of Metaldyne Machining & Assembly (EIN 38-1225111) ("Metaldyne Machining" and/or the "Company"), along with interest on said interest. Metaldyne Machining merged into Metaldyne Corporation on December 16, 2000.

2. Jurisdiction is conferred upon this Court by Title 28, United States Code, Sections 1491.

3. Plaintiff is a corporation organized and existing under the laws of the State of Delaware. Plaintiff currently has its principal place of business at 47659 Halyard Drive, Plymouth, Michigan.

4. The Defendant is the United States of America.

5. On or about March 4, 2005, plaintiff filed with the Internal Revenue Service, at its Ogden, Utah, Service Center, a claim for additional allowable interest (Form 843; the "Claim") under Sections 6611 and 6621(d) of the Code. A true and correct copy of the Claim is attached hereto as Exhibit A.

6. As more fully set forth in the Claim, the Company's 1987 and 1988 Tax Year accounts were in overpayment status during various periods of time in the respective year's cycle. The Company received federal income tax (Form 1120) refunds or credits with respect to the overpayments.

7. As more fully set forth in the Claim, the Company's 1987, 1989, 1990 and 1991 calendar Tax Years were in underpayment status during various periods of time in the respective year's cycle. Deficiencies in tax were assessed against Metaldyne Machining with respect to the underpayments.

8. As more fully set forth in the Claim, concurrent periods of overpayment (for which interest is allowable) and underpayment (for which interest is payable) occurred between the tax years described in paragraphs 6 and 7, above.

9. As more fully set forth in the Claim, pursuant to the provisions of Section 6621(d) of the Code, plaintiff is entitled to a net interest rate of zero for the periods during which interest was payable and allowable on equivalent amounts of underpayment and overpayment.

10. As a result of the application of Section 6621(d) of the Code as set forth in the Claim and in paragraph 9 above, plaintiff is entitled to additional allowable interest in the following amounts for the following years:

| Company | Tax Year | Amount |
|---|---|---|
| Metaldyne Machining | 1987 | $11,839.92 |
| Metaldyne Machining | 1988 | $83,467.66 |

including allowable interest through January 31, 2006, plus additional allowable interest thereon until paid.

WHEREFORE, plaintiff prays that judgment be entered in its favor and against the Defendant, United States of America:

(1) in the amount of at least $95,307.58 or such other amount as is legally refundable, together with interest as provided by law on the total amount refundable; and

(2) for the attorneys' fees, costs and disbursements of this action; and such other and further relief as this Court deems just and proper.

Dated this 25th day of January, 2006.

Joseph M. Persinger
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5072
(212) 822-5072 (fax)

NY2:#4674441v1
01/25/06 10:24 AM