**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION** | ) | |
| **for its own account and** | ) | |
| **as successor in interest to** | ) | |
| **METALDYNE MACHINING** | ) | |
| **& ASSEMBLY COMPANY, INC.,** | ) | |
| | ) | **No. 06-74 T** |
| **Plaintiff,** | ) | **The Honorable Edward J. Damich** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance as attorney of record for the United States in the above-captioned case. Service of all papers by opposing parties should be addressed as follows:

W.C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: February 2, 2006

s/ W. C. Rapp

W.C. RAPP
*Justice Department (Tax)*
*Court of Federal Claims Section*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*