**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION for its own account and as successor in interest to METALDYNE MACHINING & ASSEMBLY COMPANY, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 06-74 T** **The Honorable Edward J. Damich** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from May 27, 2006, to and including June 26 2006, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the second enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff seeks the payment of additional interest with respect to alleged overpayments of federal corporate income tax. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. Defendant's attorneys have not yet received the relevant files, and will not receive them in time to accomplish timely filing of a response to the Complaint. Without the relevant administrative files, it is impossible to draft a meaningful response to the complaint.

The time requested herein is therefore necessary for the Chief Counsel's attorneys to seek to secure the relevant files, to prepare their legal recommendation, and for defendant's attorneys to receive and review the files, and to draft a response to the Complaint. Defendant's trial attorney has been in contact with the attorneys at the Office of Chief Counsel who are responsible for this case. We have been advised that the files and defense letter ought to be received in sufficient time to review them, and prepare a response to the complaint, within the time requested herein.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

May 18, 2006

s/ Steven I. Frahm
Of Counsel