**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION** | § | |
| **for its own account and** | § | |
| **as successor in interest to** | § | |
| **METALDYNE MACHINING** | § | |
| **& ASSEMBLY COMPANY, INC.,** | § | |
| | § | **No. 06-74 T** |
| **Plaintiff,** | § | **The Honorable Edward J. Damich** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION**
**FOR SUSPENSION OF PROCEEDINGS**

The parties jointly move the Court to suspend proceedings in the above-captioned case, and to instruct the parties to file a report respecting the status of their settlement efforts on or before November 13, 2006, and every 45 days thereafter.

This is a suit in which plaintiff asserts that it is entitled to payment of additional allowable interest with respect to income tax overpayments. Plaintiff contends that it is entitled to recover after application of § 6621(d) of the Internal Revenue Code. That provision mandates elimination of underpayment and overpayment interest for periods with respect to which a taxpayer simultaneously has both an overpayment and an underpayment of tax. The parties represent that counsel have conferred, and believe that there is a significant possibility that this case may be disposed of by agreement. Defendant's attorney has requested that certain

computations be performed. Once these have been completed, they will be provided to plaintiff's counsel, who will review them and determine whether there exists a basis for settlement of the case.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/ Steven I. Frahm

Of Counsel

**Attorneys for Defendant**