# In the United States Court of Federal Claims

No. 06-74T

(Filed: November 15, 2006)

**********************************
**METALDYNE CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On November 13, 2006, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement. The Court hereby ORDERS that the parties shall file a JSR on or before **January 5, 2007**, in which the parties shall report on the status of the completion of computations that have been requested by the defendant's attorney. The JSR shall address the date of completion of the computations and of their submission to plaintiff's counsel and to the Office of the Chief Counsel of the Internal Revenue Service. Additionally, the JSR shall advise whether all parties have reviewed the computations (and, if not, when the review will likely be completed), and whether there has been any progress in settling the matters at issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge