**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION** | § | |
| **for its own account and** | § | |
| **as successor in interest to** | § | |
| **METALDYNE MACHINING** | § | |
| **& ASSEMBLY COMPANY, INC.,** | § | |
| | § | **No. 06-74 T** |
| **Plaintiff,** | § | **The Honorable Edward J. Damich** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Order of January 9, 2007, the parties provide the following report respecting the status of the above-captioned case.

This is a suit in which plaintiff asserts that it is entitled to payment of additional allowable interest with respect to income tax overpayments. Plaintiff contends that it is entitled to recover after application of § 6621(d) of the Internal Revenue Code. That provision mandates elimination of underpayment and overpayment interest for periods with respect to which a taxpayer simultaneously has both an overpayment and an underpayment of tax. The parties represent that counsel have conferred, and believe that there is a significant possibility that this case may be disposed of by agreement. Defendant's attorney has requested that certain computations be performed. Once these have been completed, they will be provided to plaintiff's

counsel, who will review them and determine whether there exists a basis for settlement of the case.

In our status report filed November 13, 2006, we reported that it was expected that the Tax Division's Recomputation Specialist would complete his work before the middle of December. The press of work on other cases prevented him from doing so. In the status report filed January 5, 2007, we reported that it was expected that the computations would be completed in the then-immediate future. Shortly after the filing of that report, the Recomputation Specialist requested that plaintiff provide him with certain additional information. This was provided at the end of January. Since then, he has been unable to complete the computations, but expects that they will be finished before March 23. When they are complete, the calculations will immediately be provided both to plaintiff's counsel and to the Office of Chief Counsel, Internal Revenue Service, for their review.

Respectfully submitted,

s/ Joseph M. Persinger
JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

February 20, 2007

s/ Steven I. Frahm
Of Counsel

**Attorneys for Defendant**