# In the United States Court of Federal Claims

No. 06-74T

(Filed: February 23, 2007)

***********************************
**METALDYNE CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On February 20, 2007, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement, specifically on the status of the computations to be performed by the Tax Division's Recomputation Specialist as requested by the Defendant's attorney. The parties informed the Court in their JSR that, following the parties' previous JSR, filed on January 5, 2007, the Recomputation Specialist requested that Plaintiff provide him with additional information, which was provided at the end of January. Since then, however, the Recomputation Specialist has been unable to complete the computations requested, but expects that they will be finished before March 23, 2007.

In light of the above, it is hereby ORDERED that the parties shall file a JSR on or before **March 30, 2007**, in which the parties shall report on the status of the completion of the computations. The JSR shall address the date of completion of the computations and of their submission to Plaintiff's counsel and to the Office of the Chief Counsel of the Internal Revenue Service. Additionally, the JSR shall advise whether all parties have reviewed the computations (and, if not, when the review will likely be completed), and whether there has been any progress in settling the matters at issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge