**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION** | § | |
| **for its own account and** | § | |
| **as successor in interest to** | § | |
| **METALDYNE MACHINING** | § | |
| **& ASSEMBLY COMPANY, INC.,** | § | |
| | § | **No. 06-74 T** |
| **Plaintiff,** | § | **The Honorable Edward J. Damich** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Order of February 23, 2007, the parties provide the following report respecting the status of the above-captioned case.

This is a suit in which plaintiff asserts that it is entitled to payment of additional allowable interest with respect to income tax overpayments. Plaintiff believes that it is entitled to recover after application of § 6621(d) of the Internal Revenue Code, which provides for so-called "interest netting" or "net-rate-zero interest netting." Provided certain requirements are met, that section permits elimination of underpayment and overpayment interest for periods with respect to which a taxpayer simultaneously has both an overpayment and an underpayment of tax. The parties represent that counsel have conferred, and believe that there is a significant possibility that this case may be disposed of by agreement.

As the Court is aware, defendant's attorney requested that certain computations be performed. The Tax Division's Recomputation Specialist completed them on March 26, 2007. Copies have since been provided both to plaintiff and to the Chief Counsel, Internal Revenue Service. The computations are complex. Because of this, and because they have only recently been provided to plaintiff and the Chief Counsel, it is impossible at this time to anticipate when their review might be completed. Counsel for the parties will take all reasonable steps to insure that it is completed without unnecessary delay.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

March 30, 2007

s/ Steven I. Frahm

Of Counsel

**Attorneys for Defendant**