# In the United States Court of Federal Claims

No. 06-74T

(Filed: April 5, 2007)

**********************************
**METALDYNE CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On March 30, 2007, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement. In the JSR, the parties inform the Court that the computations requested by Defendant were completed by the Tax Recomputation Specialist on March 26, 2007, and have since been provided to Plaintiff and to the Chief Counsel of the Internal Revenue Service. However, the parties explain that, due to the complexity of the computations, "it is impossible at this time to anticipate when their review might be completed."

In light of the above, it is hereby ORDERED that the parties shall file a JSR on or before **May 31, 2007**, in which the parties report on the progress made in reviewing the computations. The JSR shall detail whether all parties have reviewed the computations (and, if not, when the review will likely be completed), and whether there has been any progress in settling the matters at issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge