# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **METALDYNE CORPORATION** | § | |
| **for its own account and** | § | |
| **as successor in interest to** | § | |
| **METALDYNE MACHINING** | § | |
| **& ASSEMBLY COMPANY, INC.,** | § | |
| | § | **No. 06-74 T** |
| **Plaintiff,** | § | **The Honorable Edward J. Damich** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Order of April 5, 2007, the parties provide the following report respecting the status of the above-captioned case.

This is a suit in which plaintiff asserts that it is entitled to payment of additional allowable interest with respect to income tax overpayments. Plaintiff believes that it is entitled to recover after application of § 6621(d) of the Internal Revenue Code, which provides for so-called "interest netting" or "net-rate-zero interest netting." Provided certain requirements are met, that section permits elimination of underpayment and overpayment interest for periods with respect to which a taxpayer simultaneously has both an overpayment and an underpayment of tax.

Computations that had been undertaken by the Tax Division's Recomputation Specialist were completed on March 26, 2007, and immediately provided to both plaintiff's counsel and the Office of Chief Counsel, Internal Revenue Service. Both have now reviewed those

computations, and counsel for the parties have conferred respecting the best way to dispose of this case. As a consequence, plaintiff expects in the immediate future to make an offer in compromise which, if accepted on behalf of the Attorney General, would dispose of all issues presented, and result in a stipulated dismissal of the complaint. Defendant's trial attorney will recommend that the offer be accepted. The nature of the case, and the terms of the anticipated offer, are such that authority to accept or reject it on behalf of the Attorney General rests with the Chief of the Court of Federal Claims Section.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

May 30, 2007

s/ Steven I. Frahm
Of Counsel

**Attorneys for Defendant**