# In the United States Court of Federal Claims

No. 06-74T
(Filed: June 11, 2007)

| | |
|---|---|
| **METALDYNE CORPORATION,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On May 30, 2007, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement. The parties informed the Court that "plaintiff expects to make an offer in compromise which . . . would dispose of all issues presented, and result in a stipulated dismissal of the complaint." Moreover, "Defendant's trial attorney will recommend that the offer be accepted." Accordingly, it is hereby ORDERED that the parties shall file a JSR on or before **July 27, 2007**, unless a stipulation of dismissal has already been filed, in which the parties report on the progress of settling the matters at issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge