**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION for its own account and as successor in interest to METALDYNE MACHINING & ASSEMBLY COMPANY, INC.,** | § | **No. 06-74 T** |
| **Plaintiff,** | § | **The Honorable Edward J. Damich** |
| **v.** | § | |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Order of June 11, 2007, the parties provide the following report respecting the status of the above-captioned case.

By letter dated June 20, 2007, plaintiff submitted an offer in compromise which proposed to dispose of all issues presented. By letter dated July 26, 2007, the offer was accepted on behalf of the Attorney General. When appropriate adjustments or payments pursuant to the offer have been made by the Internal Revenue Service, the parties will file a stipulation for dismissal with prejudice.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

July 26, 2007

s/ Steven I. Frahm
Of Counsel

**Attorneys for Defendant**