# In the United States Court of Federal Claims

No. 06-74T
(Filed: August 23, 2007)

************************************
**METALDYNE CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On July 26, 2007, the parties filed a joint status report ("JSR") regarding the status of their efforts toward settlement. The parties informed the Court that, on June 20, 2007, Plaintiff submitted an offer to compromise, which was accepted on behalf of the Attorney General on July 26, 2007. Accordingly, "[w]hen appropriate adjustments or payments pursuant to the offer have been made by the Internal Revenue Service, the parties will file a stipulation for dismissal with prejudice." In light of the above, it is hereby ORDERED that the parties shall file a JSR on or before **September 14, 2007**, unless a stipulation of dismissal has already been filed, in which the parties report on the progress of the Internal Revenue Service in making the requisite adjustments or payments.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge