**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METALDYNE CORPORATION** | § | |
| **for its own account and** | § | |
| **as successor in interest to** | § | |
| **METALDYNE MACHINING** | § | |
| **& ASSEMBLY COMPANY, INC.,** | § | |
| | § | **No. 06-74 T** |
| **Plaintiff,** | § | **The Honorable Edward J. Damich** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

Of Counsel